IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GIL CROSTHWAITE, et al.,

    Plaintiffs,

v.

CARONE & SONS, INC., et al.,

    Defendants
                                      /

No. C 05-1184 MMC

**ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED**

    On July 22, 2005, plaintiffs failed to appear as ordered at a regularly scheduled case management conference in the above-entitled action, and failed to file a case management statement that was required to be filed no later than July 15, 2005.[1] (<u>See</u> Order Setting Initial Case Management Conference, filed March 23, 2005.)

    Accordingly, plaintiffs are hereby ordered to show cause in writing, no later than August 5, 2005, why the case should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute.

    **IT IS SO ORDERED.**

Dated: July 26, 2005

                                                    MAXINE M. CHESNEY
                                                    United States District Judge

---

[1] On July 20, 2005, the Clerk of the Court, as a courtesy, left a telephonic message for plaintiffs, requesting that plaintiffs file a case management conference statement. Plaintiffs failed to respond to the message.