Tracy L. Mainguy, Bar No. 176928
Operating Engineers Local Union No. 3 Trust Funds - Multi-Services
1620 South Loop Road
Alameda, CA 94502
(510) 748-7474

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO HEADQUARTERS)

KEN WALTERS, DON DOSER, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA et al., ) Case No.: C-05-1184 MMC
) STIPULATION FOR ENTRY OF JUDGMENT; ORDER THEREON
Plaintiffs,
vs.
CARONE & SONS, INC., et al.
Defendants.

Plaintiffs KEN WALTERS, DON DOSER, in their respective capacities as Trustees of the OPERATING ENGINEERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; PENSION TRUST FUND FOR OPERATING ENGINEERS; PENSIONED OPERATING ENGINEERS HEALTH AND WELFARE FUND; OPERATING ENGINEERS AND PARTICIPATING EMPLOYERS PRE-APPRENTICESHIP, APPRENTICE AND JOURNEYMEN AFFIRMATIVE ACTION TRAINING FUND; OPERATING ENGINEERS

STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON;
Case No. C 05-1184 MMC

- 1

1 VACATION AND HOLIDAY PLAN; OPERATING ENGINEERS CONTRACT
2 ADMINISTRATION TRUST FUND; OPERATING ENGINEERS MARKET
3 PRESERVATION TRUST FUND; OPERATING ENGINEERS INDUSTRY STABILIZATION
4 TRUST FUND; BUSINESS DEVELOPMENT TRUST FUND; and HEAVY AND HIGHWAY
5 COMMITTEE ("Operating Engineers Trust Funds"); Defendant CARONE & SONS, INC. a
6 California Corporation; and Defendant JOEL CARONE, individually (collectively referred to as
7 "Defendants") stipulate and agree to the following:

    1. Judgment will be entered against Defendants, and each of them, in the above-captioned matter in the amount of $92,419.78.

    2. Each party will bear their own attorneys' fees and costs relating to this proceeding.

    3. Immediately after entry of the judgment, the Plaintiffs will establish lien rights in the Defendants' personal property by recording the judgment with the Secretary of State and any and all counties where the Defendants may have, or obtain in the future real property.

    4. The Plaintiffs agree not to levy by writ of execution for a period of forty-five days from the date of entry of the judgment.

DATED: 8-8-05

By: _____
WAYNE E. MCBRIDE
COLLECTION MANAGER
OPERATING ENGINEERS LOCAL UNION NO. 3
TRUST FUNDS – MULTI-SERVICES

Approved as to form:

DATED: 8/5/05

OPERATING ENGINEERS LOCAL UNION NO. 3
TRUST FUNDS – MULTI-SERVICES

By: _____
TRACY L. MAINGUY

STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON;
Case No. C 05-1184 MMC

- 2 -

1 | DATED: 8/5/05

By: _____
JOEL CARONE, individually

3 | DATED: 8/5/05

By: _____
JOEL CARONE as President and on behalf of
CARONE & SONS, INC.

Approved as to form:

DATED: 8/5/05

ANDERSEN, BONNIFIELD & COTTLE

By: _____
CAREY D. MCREYNOLDS
Attorney for Defendants

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 17, 2005

_____
MAXINE M. CHESNEY
HONORABLE UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER THEREON;
Case No. C 05-1184 MMC

- 3 -